THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADELINE PALMER, Appellant, *v.* HARRY WOLKOFF, Respondent.

*Appeal — order affirming order denying motion to punish for contempt — appeal therefrom dismissed.*

People ex rel. Palmer v. Wolkoff, 196 App. Div. 954, appeal dismissed. (Submitted May 31, 1921; decided June 7, 1921.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 25, 1921, which affirmed an order of Special Term denying a motion to punish the defendant for contempt in failing to obey a peremptory writ of mandamus.

*Rose M. Palmer* for appellant.

*Harry Wolkoff*, respondent, in person.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ.